Terriell WALLS, Appellant,

v.

Robin S. WHEELER, Robert Hughes, Jr., Hughes Development Company, Inc., and Chicago Title Insurance Company, Defendants,

and

Ross Cascio, Respondent.

No. WD 59225.

Missouri Court of Appeals, Western District.

Oct. 30, 2001.

Sean Thomas McGrevey, Overland Park, KS, for Appellant.

Peter J. Koppe, Kansas City, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA A. BRECKENRIDGE, and VICTOR C. HOWARD, Judges.

## ORDER

Terriell Walls appeals the circuit court's summary judgment for Ross Cascio on Walls' breach of contract claim. We affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Mark A. WILSON, Appellant.

No. WD 59047.

Missouri Court of Appeals, Western District.

Oct. 30, 2001.

Jeffrey S. Eastman, Gladstone, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before PATRICIA BRECKENRIDGE, Presiding Judge, WILLIAM E. TURNAGE, Senior Judge and JOSEPH M. ELLIS, Judge.

## ORDER

PER CURIAM:

Mark Wilson appeals from his conviction of driving while intoxicated, § 577.010, RSMo 1994. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).